1  Ranalli Zaniel Fowler & Moran, LLC
   David Zaniel, Esq. (SBN 7962)
2  50 West Liberty Street, Suite 1050
   Reno, NV 89501
3  Telephone: (775) 786-4441
   Facsimile: (775) 786-4442
4  E-mail: dzaniel@ranallilaw.com

5  Resident Attorney for Plaintiff BrandStorm, Inc.

6  Daley & Heft, LLP
   Attorneys at Law
7  Matthew E. Bennett, Esq. (SBN 203049)
   Lee H. Roistacher, Esq. (SBN 179619)
8  Heather T. Daiza, Esq. (SBN 323272)
   462 Stevens Avenue, Suite 201
9  Solana Beach, CA 92075
   Telephone: (858) 755-5666
10 Facsimile: (858) 755-7870
   E-mail: mbennett@daleyheft.com
11         lroistacher@daleyheft.com
           hdaiza@daleyheft.com
12
   Attorneys Pro Hac Vice for Plaintiff, BrandStorm, Inc.
13

FILED ✓  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

SEP 19 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| BRANDSTORM, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL STERILIZATION AND FUMIGATION, INC. a Nevada Corporation, BRYAN GARDNER, an individual, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00315<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE DISCOVERY MOTION DEADLINES FOR 30 DAYS** |

Plaintiff BrandStorm, Inc. ("Plaintiff"), and Defendants Global Sterilization and Fumigation, Inc. and Bryan Gardner ("Defendants") jointly stipulate to continue the discovery dispute deadlines for 30 days. Specifically, the parties jointly stipulate to continue the date to complete meeting and conferring originally ordered to be no later than Thursday, September 12,

///

1 | 2019. The parties also jointly stipulate to continue the briefing and hearing deadlines for 30 days.

Good cause exists to grant this motion because Plaintiff and Defendants have met and conferred and are still meeting and conferring to reach a mutually beneficial resolution regarding their discovery dispute. The parties are working in good faith to reach an informal agreement regarding the issue of the preservation of the seeds and believe an informal resolution may be practicable. Given the complicated nature of the location and preservation of the seeds, a 30-day extension to further meet and confer is necessary so the parties have sufficient time to make any necessary arrangements. Furthermore, judicial time and resources will likely be conserved through the granting of this joint stipulation and as a result the parties' dispute may be resolved without the need for briefing or a hearing.

The parties propose that a granting of this joint stipulation would continue the dates as follows: Meet and confer to be completed no later than Monday, October 14, 2019. If the parties are unable to reach a resolution, Plaintiff shall file a motion no later than Monday, October 28, 2019. Defendant shall file a response no later than Monday, November 4, 2019. Plaintiff shall file a reply no later than Monday, November 11, 2019. motion hearing is proposed to be set for Monday, November 18, 2019 at 9:00 a.m., in Reno Courtroom 1 before Magistrate Judge Carla Baldwin Carry, or alternatively, at another date and time, depending on the Court's availability.

Dated: September 11, 2019         Daley & Heft, LLP

By: */s/ Lee H. Roistacher*
Matthew E. Bennett,
mbennett@daleyheft.com
Lee H. Roistacher,
lroistacher@daleyheft.com
Heather T. Daiza,
hdaiza@daleyheft.com
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
Attorneys for Plaintiff
BrandStorm, Inc.

1  Dated: September 12, 2019                    Castronova Law Offices, PC

3                                          By: */s/ Stephen G. Castronova*
                                               Stephen G. Castronova, Esq. [SBN 7305]
                                               605 Forest Street
                                               Reno, NV  89509
                                               Tel:  (775) 323-2646
                                               Fax:  (775) 323-3181
                                               SGC@CastronovaLaw.com
                                               Attorneys for Defendants Global
                                               Sterilization and Fumigation and Bryan
                                               Gardner

## ORDER

Upon consideration of Plaintiff BrandStorm, Inc. and Defendants Global Sterilization and Fumigation, Inc. and Bryan Gardner's Joint Stipulation to Continue the Discovery Motion Deadlines to meet and confer, file briefings and hear the motion regarding the parties' discovery dispute 30 days is granted:

**IT IS HEREBY ORDERED** that the deadline for the parties to complete the meet and confer process shall be continued to be no later than Monday, October 14, 2019.

**IT IS HEREBY ORDERED** that the deadline for plaintiff to file a motion shall be continued to be no later than Monday, October 28, 2019.

**IT IS HEREBY ORDERED** that the deadline for defendants to file a response shall be continued to be no later than Monday, November 4, 2019.

**IT IS HEREBY ORDERED** that the deadline for plaintiff to file a reply shall be continued to be no later than Monday, November 11, 2019.

**IT IS HEREBY ORDERED** that the motion hearing is set for MONDAY, NOVEMBER 25th, 2019, at 10:00AM in Reno Courtroom 1 before Magistrate Judge Carla Baldwin Carry.

**IT IS SO ORDERED.**

DATED: 9/19/2019

United States District/Magistrate Judge