| | |
|---|---|
| 1 | Ranalli Zaniel Fowler & Moran, LLC |
| 2 | David Zaniel, Esq. (SBN 7962)<br>50 West Liberty Street, Suite 1050<br>Reno, NV 89501 |
| 3 | Telephone: (775) 786-4441<br>Facsimile: (775) 786-4442 |
| 4 | E-mail:  dzaniel@ranallilaw.com |

5   Resident Attorney for Plaintiff BrandStorm, Inc.

6   Brockman Quayle Bennett
    Attorneys at Law
7   Matthew E. Bennett, Esq. (SBN 203049)
    12481 High Bluff Drive, Suite 301
8   San Diego, CA 92130
    Telephone:  (858) 788-3900
9   E-mail:  mbennett@bqblaw.com

10  Attorneys Pro Hac Vice for Plaintiff, BrandStorm, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| BRANDSTORM, INC., a California Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>GLOBAL STERILIZATION AND FUMIGATION, INC. a Nevada Corporation, BRYAN GARDNER, an individual, and DOES 1-10, Inclusive,<br><br>          Defendants. | Case No.:   3:19-cv-00315<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

**I - WITHDRAWING ATTORNEYS:**

Name:  Lee H. Roistacher, Esq.          CA Bar Number:  179619

Firm:  Daley & Heft, LLP

Address: 462 Stevens Avenue, Suite 201, Solana Beach, CA 92075

Telephone Number: 858-755-5666     Fax Number: 858-755-7870

E-mail:   lroistacher@daleyheft.com

1

Case No.: 3:19-cv-00315

1     Counsel of record for the following party: Pro Hac Vice for Plaintiff, BrandStorm, Inc.

2     Other members of the same firm or agency also seeking to withdraw:

3 Name: Heather T. Daiza, Esq.      CA Bar Number: 323272

4 Firm or agency: Daley & Heft, LLP

5 Address: 462 Stevens Avenue, Suite 201, Solana Beach, CA 92075

6 Telephone Number: 858-755-5666    Fax Number: 858-755-7870

7 E-mail: hdaiza@daleyheft.com

8     Counsel of record for the following party or parties: Pro Hac Vice for Plaintiff,

9 BrandStorm, Inc.

**II - NEW REPRESENTATION**

The parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name:      Matthew E. Bennett, Esq.      CA Bar Number: 203049

Firm:      Brockman Bennett Quayle

Address:      12481 High Bluff Drive, Suite 301, San Diego, CA 92130

Telephone Number: 858-788-3900      Fax Number:

E-mail: mbennett@bqblaw.com

**III - SIGNATURES**

*<u>Withdrawing Attorney</u>*

I am currently counsel of record in this case and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: _1/5/2021_____      Signature:    /s/ Lee H. Roistacher

     Name:    Lee H. Roistacher

Date: _1/5/2021_____      Signature:    /s/ Heather T. Daiza

     Name:    Heather T. Daiza

///

///

1 | *New Attorney (if applicable)*

2 |     I have been retained to appear as counsel of record in this case, and my name and contact

3 | information are given above in Section II.

4 |     I am a member in good standing of the Bar of this Court.

5 | Date:  1/5/2021            Signature:    /s/ Matthew E. Bennett

6 |                                          Name:       Matthew E. Bennett

8 | *Party Represented by Withdrawing Attorney*

9 |     I am currently represented by or am an authorized representative of a party currently

10 | represented by the withdrawing attorneys listed above. I consent to the withdrawal of my current

11 | counsel, and to substitution of counsel as specified above.

12 | Date:  1/5/2021           Signature:    /s/ Thierry Olivier

13 |                                        Name: Title: Thierry Olivier

14 |                                        Title: CEO, BrandStorm, Inc.

16 |                           IT IS SO ORDERED.

17 |                           Dated:  January 7, 2021

19 |                           UNITED STATES MAGISTRATE JUDGE

Ranalli Zaniel Fowler & Moran, LLC
David Zaniel, Esq. (SBN 7962)
50 West Liberty Street, Suite 1050
Reno, NV 89501
Telephone: (775) 786-4441
Facsimile: (775) 786-4442
E-mail: dzaniel@ranallilaw.com

Resident Attorney for Plaintiff BrandStorm, Inc.

Brockman Quayle Bennett
Attorneys at Law
Matthew E. Bennett, Esq. (SBN 203049)
12481 High Bluff Drive, Suite 301
San Diego, CA 92130
Telephone: (858) 788-3900
E-mail: mbennett@bqblaw.com

Attorneys Pro Hac Vice for Plaintiff, BrandStorm, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| BRANDSTORM, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL STERILIZATION AND FUMIGATION, INC. a Nevada Corporation, BRYAN GARDNER, an individual, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00315<br><br>**CERTIFICATE OF SERVICE** |

I, Melissa Macias, declare:

1. That I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 12481 High Bluff Drive, Suite 301, San Diego, California 92130 and my electronic address is mmacias@bqblaw.com.

On January 6, 2021, I served the following documents described as:

**1. REQUEST FOR APPROVAL OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

1

Case No.: 3:19-cv-00315

on all interested parties in this action addressed as follows:

Castronova Law Offices, PC
Stephen G. Castronova, Esq.
605 Forest Street
Reno, NV  89509
T:  (775) 323-2646
F:  (775) 323-3181
E:  sgc@castronovalaw.com

Attorneys for Defendants, Global Sterilization and Fumigation, Inc. and Bryan Gardner

**X**      BY ELECTRONIC SERVICE:  On the date stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

BY E-MAIL:  On the date stated above, I caused to be served the document via Email described above on designated recipients.

BY MAIL:  By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the office's practice of collecting and processing of documents for mailing. Under that practice it would be deposited with the United States Postal Service on the same day in a sealed envelope with first-class postage prepaid at San Diego, California in the ordinary course of a business day.

BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6TH day of January, 2021     *s/ Melissa Macias*_____
                                                                                       Melissa Macias, declarant