CODE: 3980
DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

Attorney for Plaintiffs BrandStorm, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDSTORM, INC., a California Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL STERILIZATION AND FUMIGATION, INC., a Nevada Corporation, BRYAN GARDNER, an individual, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:   3:19-CV-00315-MMD-CLB |

## STATUS REPORT AND STIPULATION FOR ORDER TO EXTEND DISCOVERY DEADLINES

Plaintiff, BRANDSTORM ("BrandStorm"), by and through its counsel, J. Craig Demetras of Demetras Law, and Defendant GLOBAL STERILIZATION AND FUMIGATION, INC. ("Global"), by and through its counsel, Stephen Castronova of Castronova Law Offices, hereby stipulate and agree to stay the Discovery deadlines in this case pending resolution of the lawsuit pending before Judge Hicks, *Global Insurance and Fumigation, Inc. et al v. Admiral Insurance Company*, District of Nevada Case Number 3:20-

cv-00444-LRH-WGC, a liability insurance coverage dispute. In support of the Stipulation, the parties represent as follows:

1. In this action, Brandstorm has filed suit against Global and Mr. Gardner seeking to recover for damages to a food product that Brandstorm had hired Global to process.
2. Brandstorm made a claim under made a claim under Global's general liability policy, Admiral Insurance Company, wherein Global sought both a defense and indemnity from the suit for itself and Mr. Gardner.
3. Based upon Admiral's refusal to provide a defense or indemnity for Global in this action, Global filed a lawsuit which is currently pending before Judge Hicks, *Global Sterilization and Fumigation, Inc. et al v. Admiral Insurance Company*, District of Nevada Case Number 3:20-cv-00444-LRH-WGC.
4. In this action, pursuant to a stipulation filed by the parties, the court has set a date of February 28, 2022 for the filing of a Pre-Trial Order. Due to the pending motions for summary judgment in the ongoing Insurance Action, it is unclear if the Defendant's insurance company will provide a defense and/or settlement funds for the Defendant in this case.
5. Admiral Insurance Company filed a Motion for Summary Judgment in the insurance action on July 7, 2021 and Global filed its Opposition To Motion for Summary Judgment on July 28, 2021. Admiral filed its Reply on August 11, 2012.
6. Global filed its Motion for Partial Summary Judgment on September 30, 2021. Admiral filed its Response on October, 19, 2021. Global filed its Reply on November 2, 2021
7. The District Court's resolution of the issues presented in the Motions for Summary Judgment in the Insurance Litigation will have a substantial effect on this action going forward.
8. No trial dates have been set for either action.

9. The parties believe it is necessary to resolve the pending matters in the Insurance Action to allow the parties in this Action to plan for completion of discovery, to work on settlement negotiations, and to allow all parties to avoid continuing and unnecessary litigation costs.

Based upon the foregoing, the parties hereby agree to stay discovery and all other deadlines, including but not limited to, completion of fact discovery, the filing of any dispositive motions, and the filing of the joint pretrial pending the Court's resolution of the Motions for Summary Judgment in the Insurance Action.

## AFFIRMATION PURSUANT TO NRS 239B.030

The undersigned does hereby affirm that this document does not contain the social security number of any person.

**IT IS SO STIPULATED.**

Dated: March 22, 2022

**DEMETRAS LAW**

By: /s/ J. Craig Demetras
J. CRAIG DEMETRAS
Nevada Bar No. 4246
230 E. Liberty Street
Reno, NV 89501
Tel.: 775-348-4600
Attorneys for Plaintiffs

Dated: March 22, 2022

**CASTRONOVA LAW OFFICES**

By: /s/ Stephen Castronova
Stephen Castronova
Nevada Bar No. 7305
605 Forest Street
Reno, NV 89509
Tel.: 775-323-2646
Attorneys for Defendants

## ORDER

Upon consideration of the Parties Joint Stipulation to Extend Discovery Deadlines,

IT IS HEREBY ORDERED that Discovery and all other deadlines in this matter are hereby stayed until resolution of the Insurance Action.

**IT IS SO GRANTED.**

Dated: March 24, 2022.

_____
DISTRICT COURT JUDGE

Respectfully Submitted By:
DEMETRAS LAW

By: /s/ J. Craig Demetras
J. CRAIG DEMETRAS
230 E. Liberty Street
Reno, NV 89501
Attorney for Plaintiffs