**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BRANDSTORM, INC, | Case No. 3:19-CV-00315-MMD-CLB |
| Plaintiff, | **ORDER LIFTING STAY AND DIRECTING PARTIES TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| GLOBAL STERILIZATION AND FUMIGATION, INC., et. al., | |
| Defendants. | |

On March 24, 2022, this case was stayed pending resolution of an ancillary liability insurance coverage dispute, *Global Insurance and Fumigation, Inc. et al v. Admiral Insurance Company*, 3:20-cv-00444-LRH-WGC. (ECF No. 82.) The parties were directed to file a status report within 5 days of resolution of the pending dispositive motions in the insurance action. (ECF No. 83.) Given that the case before Judge Hicks was dismissed, the Court directed the parties to file a status report regarding whether they seek voluntary dismissal of this case or whether the Court should lift the stay. (ECF No. 84.) On February 8, 2023, the parties submitted their status report indicating the stay should be lifted. (ECF No. 85.)

Accordingly, **IT IS HEREBY ORDERED** that the stay in this case is **LIFTED**.

**IT IS FURTHER ORDERED** that the parties shall file a joint case management report containing the following: (1) a description of the discovery that has been completed; (2) a description of the discovery that is outstanding; and (3) a proposed amended discovery plan and scheduling order within **30 days** of the entry of this order.

**IT IS SO ORDERED.**

**DATE:** February 8, 2023 .

_____
**UNITED STATES MAGISTRATE JUDGE**