DEMETRAS LAW
J. Craig Demetras
Nevada Bar. No. 4246
230 E. Liberty Street
Reno, NV 89501
(Telephone): 775-348-4600
jcd@demetraslaw.com
mail@demetraslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| BRANDSTORM, INC., a California Corporation<br><br>        Plaintiffs,<br>    vs.<br><br>GLOBAL   STERILZATION   AND FUMIGATION,   INC.,   a   Nevada Corporation,   BRYAN   GARDNER,   an individual, and DOES 1-10, Inclusive,<br><br>        Defendants.<br>_____/ | Case No.:   3:19-CV-00315-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE (F.R.CIV.P.41(a)(1)(A)** |

Plaintiff, BRANDSTORM, INC., a California Corporation and Defendants Global Sterilization and Fumigation, Inc., a Nevada Corporation, and Bryan Gardner, an individual, stipulate pursuant to F.R.Civ.P. 41(a)(1)(A) that this action be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 30th day of May, 2024.

**DEMETRAS LAW**                                    **CASTRONOVA LAW OFFICES**


By: /s/ J. Craig Demetras                        By: /s/ Stephen Castronova
J. CRAIG DEMETRAS                            Stephen Castronova
Nevada Bar No. 4246                              Nevada Bar No. 7305
230 E. Liberty Street                              605 Forest Street
Reno, NV 89501                                    Reno, NV 89509
Tel.: 775-348-4600                                Tel.: 775-323-2646
Attorneys for Plaintiffs                          Attorneys for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

This action is dismissed with prejudice with each party to bear its own fees and costs.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED

DATED the 31st day of May 2024.

_____

CHIEF U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Demetras Law, and on May 30, 2024, I served a true

and correct copy of **STIPULATION FOR DISMSISAL WITH PREJUDICE** by e-mail on

the following party as described below:

CASTRONOVA LAW OFFICES, PC
Stephen G. Castronova, Esq.
605 Forest Street
Reno, NV 89509
sgc@castronovalaw.com
Attorney for Global Sterilization and Fumigation, Inc.

DATED: May 30, 2024

/s/ Julie Ann Raum
By: Julie Ann Raum
An employee of Demetras Law